IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-00297-LTB-MEH

FRANK A. GREEN,
BRADLEY GREEN,
FRANK GREEN & SON,
FRANK J. GREEN, as General Partner of Frank Green & Son, and
BRADLEY GREEN, as General Partner of Frank Green & Son,

 Movants,

v.

INSPECTOR GENERAL OF THE UNITED STATES DEPARTMENT OF AGRICULTURE,

 Respondent.
_____

ORDER
_____

 As discussed in greater detail on the record at the hearing held on July 14, 2006, IT IS HEREBY ORDERED as follows:

 1. The subpoena duces tecum that Respondent issued to Colorado Community Bank in Sterling, Colorado shall be limited to customer financial records relating only to the specific account of Frank Green and Son Cattle Company that is reflected in Exhibits A & B to this Order.

 2. I find and conclude that the subject subpoena duces tecum, as limited in the preceding paragraph, seeks records that are relevant to a legitimate law enforcement inquiry and is otherwise in compliance with the Right to Financial Privacy Act.

 IT IS THEREFORE FURTHER ORDERED that:

1. Movants' Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 is DENIED; and

2. Respondent's Motion to Deny Customer Challenge and Enforce Administrative Subpoenas is GRANTED subject to the other provisions of this Order.

Dated: July   14  , 2006, in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE